KALPANA V. PEDDIBHOTLA, ESQ., SBN 200330
LAW OFFICE OF KALPANA V. PEDDIBHOTLA
4800 Great America Pkwy, Suite #310
Santa Clara, California 95054
Phone:  408-249-3373
Fax:      408-249-3586

Attorney for Petitioner
Masoumeh Vakilzadeh

FILED

E-FILING

ADR

2007 NOV -5  A 11: 59

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST OF CA. S.J.

Fee Paid
S1
99

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

Masoumeh Vakilzadeh

       Petitioner

       v.

Rosemary MELVILLE, District Director, in her
Official Capacity, District Director, Citizenship &
Immigration Services, United States Department
of Homeland Security, San Francisco, California;
Francis D. SICILIANO, in his Official Capacity,
Field Officer Director, Citizenship &
Immigration Services, United States Department
of Homeland Security, San Jose, California;
Emilio T. GONZALEZ, in his official Capacity,
Director, United States Citizenship and
Immigration Services, Department of Homeland
Security; Michael CHERTOFF, in his Official
Capacity, Secretary, Department of Homeland
Security; Peter D. KEISLER, in his Official
Capacity, Acting United States Attorney General;
and Robert S. MUELLER, III, in his Official
Capacity, Director, Federal Bureau of
Investigation

       Respondents.

CASE NO. C07 05601 PVT

**PETITION FOR REVIEW OF
NATURALIZATION APPLICATION**
8 U.S.C. §1447(b)

**Immigration Case**

**Agency No.  046-719-231**

**PETITION FOR REVIEW OF NATURALIZATION APPLICATION**

**INTRODUCTION**

1.      Petitioner Masoumeh VAKILZADEH ("Petitioner"), files this Petition for Naturalization pursuant to section 336(b) of the Immigration and Nationality Act ("INA"), 8 U.S.C. § 1447(b), requesting that this Court adjudicate her application for naturalization and grant her naturalization or, if necessary, order that a hearing take place in this matter; and mandamus to compel the Respondents to complete any required background checks.

2.      Petitioner files this Petition for Naturalization because the United States Department of Homeland Security ("DHS") in San Jose, California, has failed to make a determination regarding her application for naturalization for over 120 days since the naturalization examination was conducted at the United States Citizenship and Immigration Services ("USCIS") office in San Jose, California on March 27, 2006. See 8 U.S.C. § 1447(b). Her application has now been pending for 1 year since the date of her interview. Petitioner requests that this Court review her application for naturalization *de novo* and order that her naturalization application be approved.

3.      Petitioner has requested a copy of her immigration files, as guaranteed by the Freedom of Information Act ("FOIA") from CIS. Respondent CIS has failed to respond to the request and to produce the file within 10 days, as required by law. Petitioner seeks to compel the disclosure and release of agency records improperly withheld by Respondent CIS.

4.      Petitioner has requested a copy of her files, as guaranteed by the Freedom of Information and Privacy Acts from the FBI. Respondent FBI has failed to respond to the request and to produce the file within 20 days, as required by law. Petitioner seeks to compel the disclosure and release of agency records improperly withheld from Petitioner by Respondent FBI.

**JURISDICTION AND VENUE**

5.      This Court has jurisdiction over the present action pursuant to 8 U.S.C. §1447(b) (jurisdiction over naturalization applications where there has been a delay of over 120 days after naturalization interview); 28 U.S.C. §1331 (federal question jurisdiction); 28 U.S.C. §1361 (mandamus);

1   28 U.S.C. §2201 (Declaratory Judgment Act); and 5 U.S.C. §701 (Administrative Procedures Act).

2       6.      Venue is properly with this Court pursuant to 8 U.S.C. §1447(b) because Petitioner

3   resides within the Northern District of California, and her naturalization application is being adjudicated

4   within this district. Her citizenship interview was conducted at the San Jose Sub-Office of CIS.

5       7.      Further, venue is properly with this Court pursuant to 28 U.S.C. §1391(e) because this is

6   a civil action in which the Respondents are employees or officers of the United States, acting in their

7   official capacity, and an agency of the United States; because a substantial part of the events or

8

9   omissions giving rise to the claim occurred in San Jose, California, in the Northern District of

10  California; and because Petitioner resides in the Northern District and there is no real property involved

11  in this action.

12                          **INTRA-DISTRICT ASSIGNMENT:**

13      8.      This action should be assigned to the San Jose Division because a substantial part of the

14

15  events and omissions giving rise to this claim occurred within the jurisdiction of that division. See

16  Local Rules 3-2(c).

17                                  **PARTIES**

18      9.      Petitioner Masoumeh VAKILZADEH is a citizen and national of Iran, and a lawful

19

20  permanent resident of the United States of America. Ms. Vakilzadeh resides in Saratoga, California.

21      10.     Respondent Rosemary MELVILLE, is the District Director of the San Francisco District

22  Office of CIS and is sued herein in her official capacity;

23      11.     Respondent Francis D. SICILIANO, is the Field Officer Director, Citizenship &

24  Immigration Services, United States Department of Homeland Security, San Jose, California, and is

25  sued in his official capacity;

26      12.     Respondent Emilio T. GONZALEZ is the Director of USCIS and is sued herein in his

27  official capacity.

28

13. Respondent Michael Chertoff is the Secretary of the Department of Homeland Security ("DHS"), and is sued herein in his official capacity. In this capacity, he has responsibility for the administration and enforcement of the immigration and naturalization laws pursuant to section 402 of the Homeland Security Act of 2002, 107 Pub. L. No. 296, 116 Stat. 2135 (Nov. 25, 2002). See 8 U.S.C. § 1103.

14. Respondent Peter D. KEISLER is the Acting Attorney General of the United States and is sued herein in his official capacity. In this capacity, he has responsibility for providing access to criminal history record information, pursuant to 8 U.S.C. §§ 1105(b) and 1103(g).

15. Robert Mueller is the Director of the Federal Bureau of Investigation ("FBI"), component of the Department of Justice, and is sued herein in his official capacity. The FBI has responsibility to complete certain name checks, security checks and other background checks for CIS and other federal agencies.

## STATEMENT OF FACTS

16. Petitioner Masoumeh Vakilzadeh is a native and citizen of Iran.

17. Ms. Vakilzadeh was admitted to lawful permanent residency in the United States in 1998. She has resided continuously in the United States since she obtained lawful permanent resident status.

18. Ms. Vakilzadeh is 59 years years old. She was an elementary school teacher and later a dean of the elementary school where she taught in Iran. She officially retired in 1999. She presently resides in Saratoga, California with her husband, Norouzali Hoveidarad, and her daughter, Firouzeh Hoveidarad, who is a U.S. Citizen.

19. In or about December 2005, Ms. Vakilzadeh filed her application for naturalization (Form N-400) at the United States Citizenship and Immigration Service's California Service Center. See Exhibit A, attached herein. Her application was received by USCIS December 8, 2005. See Exhibit B, attached herein.

20. Ms. Vakilzadeh had her fingerprints taken for purposes of a background check on March 4, 2006. On information and belief, prior to the scheduling of her naturalization interview, USCIS

submitted a request to the FBI for a criminal history background check, which was completed as demonstrated by the fact that she had her interview for naturalization. Ms. Vakilzadeh has no criminal record. Attached as Exhibit C is a copy of her biometric appointment notice, which contains a copy of the biometrics processing stamp.

21.    Ms. Vakilzadeh first appeared for a naturalization interview with USCIS Officer Ayran on May 4, 2006 at the San Jose Sub-Office of CIS.  At that time she did not pass the English exam and was given another opportunity to be tested. See Exhibit D.

22.    Ms. Vakilzadeh then appeared a second time for her naturalization interview with USCIS Officer Gonzalez on October 30, 2006 at the San Jose Sub-Office of CIS.  Following the interview, Ms. Vakilzadeh was informed that she passed the required English, U.S. History, and U.S. Government tests for the examination. See Exhibit E, attached herein.

23.    Ms. Vakilzadeh meets the residence requirements for citizenship.  She possesses good moral character for the three year period prior to her application and to the present.  She meets all of the eligibility requirements for citizenship.

24.    Ms. Vakilzadeh has attempted to inquire into the status of her application.  Her Congressional Representative, Anna Eshoo, has contacted the FBI on her behalf and has only been notified that her Name Check is still being reviewed. See Exhibit F, attached herein.

25.    Petitioner's Application for Naturalization has been pending with CIS due to outstanding background security check for more one year since she had her naturalization interview.

26.    By letter dated September 17, 2007, Petitioner, through her counsel, submitted a Freedom of Information Act ("FOIA") request to USCIS for all of his immigration records. See Exhibit G, attached herein.  To date, Respondents have not provided the records requested by Petitioner, notwithstanding the Freedom of Information Act's requirement of an agency response within 10 working days.  8 C.F.R. §103.10(c)(1).  Petitioner has been and will continue to be irreparably harmed

---

PETITION FOR REVIEW OF NATURALIZATION APPLICATION

1    because of the unreasonable delay of Respondents in providing the information requested under the

2    Freedom of Information Act.

3        27.    By request dated September 17, 2007, Petitioner submitted a Freedom of Information-

4    Privacy Acts (FOIPA) to FBI for her records.  See Exhibit H, attached herein.  To date, Respondent FBI

5    has not provided the records requested by Petitioner, notwithstanding the Freedom of Information Act's

6    requirement of any agency response within 20 working days.  5 U.S.C. §551(a)(6)(A).  Petitioner has

7    been and will continue to be irreparably harmed because of the unreasonable delay of Respondent FBI in

8

9    providing the information requested under the Freedom of Information and Privacy Acts.

10        28.    Petitioner has exhausted all administrative remedies.  She has the right to obtain this

11    Court's *de novo* judicial review pursuant to INA §310(c), 8 U.S.C. §1421(c), and to request a hearing.

12                                    **CAUSE OF ACTION**

13                                      **COUNT ONE**

14                    **(FAILURE TO RENDER DECISION ON NATURALIZATION**

15                        **WITHIN 120 DAYS OF INTERVIEW)**

16        29.    The allegations contained in paragraphs 1 through 28 are repeated and realleged as

17    though fully set forth herein.

18        30.    The DHS has failed to adjudicate Petitioner's application for naturalization within 120

19    days of Petitioner's naturalization examination.  Pursuant to 8 U.S.C. §1447(b), the United States

20    District Court for the district in which Petitioner resides "has jurisdiction over the matter and may either

21    determine or remand the matter, with appropriate instructions, to the Service to determine the matter" if

22    no action is taken on a naturalization application within 120 days of completion of the examination.

23    Petitioner was interviewed on March 15, 2007, more than 120 days ago.  Petitioner also meets all

24    statutory requirements for naturalization pursuant to 8 U.S.C. § 1427(a).  Therefore, this Court has the

25    authority to adjudicate Petitioner's naturalization application.

26    //

27    //

28

## REQUEST FOR RELIEF

WHEREFORE, Petitioner Masoumeh Vakilzadeh respectfully requests that this Court:

1.    Assume jurisdiction over this matter;

2.    Find that Respondent FBI has unreasonably and unlawfully delayed in completing the necessary background checks in a timely manner, and has unreasonably and unlawfully delayed in providing the results of backgrounds checks to the CIS;

3.    Direct that the FBI complete any and all necessary name checks or other background or security checks within 30 days, and promptly provide the results to the USCIS;

4.    Order Respondents to provide the information requested under the Freedom of Information Act within a reasonable period;

5.    Review *de novo* Petitioner's application for naturalization, determine that she meets all the requirements for citizenship, grant her naturalization, and direct that USCIS promptly schedule an oath ceremony and issue her Certificate of Citizenship;

6.    If necessary, order that a hearing take place concerning her application of naturalization;

7.    Award reasonable costs and attorney's fees pursuant to the Equal Access to Justice Act; and

8.    Grant any and all further relief this Court deems just and proper.

Dated: November 5 , 2007

Kalpana V. Peddibhotla

Attorney for Petitioner,
Masoumeh Vakilzadeh

# Exhibit A

OMB No. 1615-0052

**Department of Homeland Security**
U.S Citizenship and Immigration Services

# N-400 Application
# for Naturalization

Print clearly or type your answers using **CAPITAL letters. Failure to print clearly may delay your application. Use black ink.**

| **Part 1. Your Name.** *(The Person Applying for Naturalization)* |
|---|

Write your USCIS "A"- number here:
A  046-719-231

**A.** Your current legal name.

Family Name *(Last Name)*
Vakilzadeh

Given Name *(First Name)*
Masoumeh

Full Middle Name *(If applicable)*
-

**For USCIS Use Only**

| Bar Code | Date Stamp |
|---|---|

Remarks

**B.** Your name **exactly** as it appears on your Permanent Resident Card.

Family Name *(Last Name)*
Vakilzadeh

Given Name *(First Name)*
Masoumeh

Full Middle Name *(If applicable)*
-

**C.** If you have ever used other names, provide them below.

| Family Name *(Last Name)* | Given Name *(First Name)* | Middle Name |
|---|---|---|
| Vakilzadeh | Soory | N/A |
| N/A | N/A | N/A |
| N/A | N/A | N/A |

**D.** Name change *(optional)*

Please read the Instructions before you decide whether to change your name.

**1.** Would you like to legally change your name? ☒ Yes ☐ No

**2.** If "Yes," print the new name you would like to use. Do not use initials or abbreviations when writing your new name.

Family Name *(Last Name)*
Vakilzadeh

Given Name *(First Name)*
Soory

Full Middle Name

Action Block

| **Part 2. Information About Your Eligibility.** *(Check Only One)* |
|---|

I am at least 18 years old **AND**

**A.** ☒ I have been a Lawful Permanent Resident of the United States for at least five years.

**B.** ☐ I have been a Lawful Permanent Resident of the United States for at least three years, **and** I have been married to and living with the same U.S. citizen for the last three years, **and** my spouse has been a U.S. citizen for the last three years.

**C.** ☐ I am applying on the basis of qualifying military service.

**D.** ☐ Other *(Please explain)* _____

Form N-400 (Rev. 10/26/05)Y

## Part 3. Information About You.

Write your USCIS "A"- number here:
A 046-719-231

**A.** U.S. Social Security Number
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

**B.** Date of Birth *(mm/dd/yyyy)*
05/31/1948

**C.** Date You Became a Permanent Resident *(mm/dd/yyyy)*
12/28/1998

**D.** Country of Birth
Iran

**E.** Country of Nationality
Iran

**F.** Are either of your parents U.S. citizens? *(if yes, see Instructions)* ☐ Yes ☒ No

**G.** What is your current marital status? ☐ Single, Never Married ☒ Married ☐ Divorced ☐ Widowed

☐ Marriage Annulled or Other *(Explain)* _____

**H.** Are you requesting a waiver of the English and/or U.S. History and Government requirements based on a disability or impairment and attaching a Form N-648 with your application? ☐ Yes ☒ No

**I.** Are you requesting an accommodation to the naturalization process because of a disability or impairment? *(See Instructions for some examples of accommodations.)* ☒ Yes ☐ No

If you answered "Yes," check the box below that applies:

☐ I am deaf or hearing impaired and need a sign language interpreter who uses the following language: _____

☐ I use a wheelchair.

☐ I am blind or sight impaired.

☒ I will need another type of accommodation. Please explain:  English is my second language, so please speak to me very clearly, loudly, and slowly.

## Part 4. Addresses and Telephone Numbers.

**A.** Home Address - Street Number and Name *(Do not write a P.O. Box in this space)*
14662 Big Basin Way

Apartment Number
#C

City
Saratoga

County
Santa Clara

State
CA

ZIP Code
95070

Country
USA

**B.** Care of
Same as above

Mailing Address - Street Number and Name *(If different from home address)*

Apartment Number

City

State

ZIP Code

Country

**C.** Daytime Phone Number *(If any)*
( 408 ) 981-1422

Evening Phone Number *(If any)*
( 408 ) 725- 8523

E-mail Address *(If any)*
f_hoveida@yahoo.com

| **Part 5.  Information for Criminal Records Search.** | Write your  USCIS  "A"- number here: |
|---|---|
| | A  046-719-231 |

**NOTE:** The categories below are those required by the FBI. See Instructions for more information.

**A.** Gender  ☐ Male  ☒ Female

**B.** Height  5 Feet  3 Inches

**C.** Weight  148 Pounds

**D.** Are you Hispanic or Latino?  ☐ Yes  ☒ No

**E.** Race *(Select one or more.)*

☒ White  ☐ Asian  ☐ Black or African American  ☐ American Indian or Alaskan Native  ☐ Native Hawaiian or Other Pacific Islander

**F.** Hair color

☐ Black  ☐ Brown  ☒ Blonde  ☐ Gray  ☐ White  ☐ Red  ☐ Sandy  ☐ Bald (No Hair)

**G.** Eye color

☐ Brown  ☐ Blue  ☒ Green  ☐ Hazel  ☐ Gray  ☐ Black  ☐ Pink  ☐ Maroon  ☐ Other

| **Part 6.  Information About Your Residence and Employment.** |
|---|

**A.** Where have you lived during the last five years? Begin with where you live now and then list every place you lived for the last five years. If you need more space, use a separate sheet(s) of paper.

| Street Number and Name, Apartment Number, City, State, Zip Code and Country | Dates *(mm/dd/yyyy)* | |
|---|---|---|
| | From | To |
| Current Home Address - Same as Part 4.A | 10/01/2005 | Present |
| 22771 Steven Creek Blvd., Cupertino, CA 95014 | 04/13/2004 | 10/01/2005 |
| 1097 Muir Way, Los Altos, CA 94024 | 04/15/2001 | 04/13/2004 |
| 13192 McDole St., Saratoga, CA, 95070 | 12/28/1998 | 04/15/2001 |
| N/A | | |

**B.** Where have you worked (or, if you were a student, what schools did you attend) during the last five years? Include military service. Begin with your current or latest employer and then list every place you have worked or studied for the last five years. If you need more space, use a separate sheet of paper.

| Employer or School Name | Employer or School Address *(Street, City and State)* | Dates *(mm/dd/yyyy)* | | Your Occupation |
|---|---|---|---|---|
| | | From | To | |
| N/A | N/A | | | |
| N/A | N/A | | | |
| N/A | N/A | | | |
| N/A | N/A | | | |
| N/A | N/A | | | |

| Part 7.  Time Outside the United States. *(Including Trips to Canada, Mexico and the Caribbean Islands)* | Write your USCIS "A"- number here: A  046-719-231 |
|---|---|

**A.** How many total days did you spend outside of the United States during the past five years?  [____] days

**B.** How many trips of 24 hours or more have you taken outside of the United States during the past five years?  [1] trips

**C.** List below all the trips of 24 hours or more that you have taken outside of the United States since becoming a Lawful Permanent Resident. Begin with your most recent trip. If you need more space, use a separate sheet(s) of paper.

| Date You Left the United States *(mm/dd/yyyy)* | Date You Returned to the United States *(mm/dd/yyyy)* | Did Trip Last Six Months or More? | Countries to Which You Traveled | Total Days Out of the United States |
|---|---|---|---|---|
| 06/20/2005 | 11/06/2005 | ☐ Yes  ☒ No | Iran | 140 |
|  |  | ☐ Yes  ☐ No |  |  |
|  |  | ☐ Yes  ☐ No |  |  |
|  |  | ☐ Yes  ☐ No |  |  |
|  |  | ☐ Yes  ☐ No |  |  |
|  |  | ☐ Yes  ☐ No |  |  |
|  |  | ☐ Yes  ☐ No |  |  |
|  |  | ☐ Yes  ☐ No |  |  |
|  |  | ☐ Yes  ☐ No |  |  |
|  |  | ☐ Yes  ☐ No |  |  |

## Part 8.  Information About Your Marital History.

**A.** How many times have you been married (including annulled marriages)?  [1]  If you have **never** been married, go to Part 9.

**B.** If you are now married, give the following information about your spouse:

**1.** Spouse's Family Name *(Last Name)*
Hoveidarad

Given Name *(First Name)*
Norouzali

Full Middle Name *(If applicable)*
N/A

**2.** Date of Birth *(mm/dd/yyyy)*
02/20/1937

**3.** Date of Marriage *(mm/dd/yyyy)*
06/30/1966

**4.** Spouse's U.S. Social Security #
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

**5.** Home Address - Street Number and Name
14662 Big Basin Way

Apartment Number
#C

City
Saratoga

State
CA

Zip Code
95070

**Part 8. Information About Your Marital History.** *(Continued)*

Write your USCIS "A"- number here:
A  046-719-231

**C.** Is your spouse a U.S. citizen?  ☐ Yes  ☒ No

**D.** If your spouse is a U.S. citizen, give the following information:

**1.** When did your spouse become a U.S. citizen?  ☐ At Birth  ☐ Other

If "Other," give the following information:

**2.** Date your spouse became a U.S. citizen

**3.** Place your spouse became a U.S. citizen *(Please see Instructions)*

City and State

**E.** If your spouse is **not** a U.S. citizen, give the following information :

**1.** Spouse's Country of Citizenship

Iran

**2.** Spouse's USCIS "A"- Number *(If applicable)*

A  046-719-240

**3.** Spouse's Immigration Status

☒ Lawful Permanent Resident  ☐ Other _____

**F.** If you were married before, provide the following information about your prior spouse. If you have more than one previous marriage, use a separate sheet(s) of paper to provide the information requested in Questions 1-5 below.

**1.** Prior Spouse's Family Name *(Last Name)*

N/A

Given Name *(First Name)*

Full Middle Name *(If applicable)*

**2.** Prior Spouse's Immigration Status

☐ U.S. Citizen
☐ Lawful Permanent Resident
☐ Other _____

**3.** Date of Marriage *(mm/dd/yyyy)*

**4.** Date Marriage Ended *(mm/dd/yyyy)*

**5.** How Marriage Ended

☐ Divorce  ☐ Spouse Died  ☐ Other _____

**G.** How many times has your current spouse been married (including annulled marriages)?  [ 1 ]

If your spouse has **ever** been married before, give the following information about **your spouse's** prior marriage.
If your spouse has more than one previous marriage, use a separate sheet(s) of paper to provide the information requested in Questions 1 - 5 below.

**1.** Prior Spouse's Family Name *(Last Name)*

N/A

Given Name *(First Name)*

Full Middle Name *(If applicable)*

**2.** Prior Spouse's Immigration Status

☐ U.S. Citizen
☐ Lawful Permanent Resident
☐ Other

**3.** Date of Marriage *(mm/dd/yyyy)*

**4.** Date Marriage Ended *(mm/dd/yyyy)*

**5.** How Marriage Ended

☐ Divorce  ☐ Spouse Died  ☐ Other _____

| Part 9. Information About Your Children. | Write your USCIS "A"- number here: |
|---|---|
| | A  046-719-231 |

**A.** How many sons and daughters have you had? For more information on which sons and daughters you should include and how to complete this section, see the Instructions.

[ 2 ]

**B.** Provide the following information about all of your sons and daughters. If you need more space, use a separate sheet(s) of paper.

| Full Name of Son or Daughter | Date of Birth (mm/dd/yyyy) | USCIS "A"- number (if child has one) | Country of Birth | Current Address (Street, City, State and Country) |
|---|---|---|---|---|
| Firouzeh Hoveidarad | 09/16/1967 | A US citizen | Iran | 14662 Big Basin Way- Saratoga, USA |
| Farzad Hoveidarad | 08/03/1971 | A  N/A | Iran | 100 2nd. St., Faz 2, Gohardasht, Iran |
| N/A | | A | | |
| N/A | | A | | |
| N/A | | A | | |
| N/A | | A | | |
| N/A | | A | | |
| N/A | | A | | |

| Part 10. Additional Questions. |
|---|

Please answer Questions 1 through 14. If you answer "Yes" to any of these questions, include a written explanation with this form. Your written explanation should (1) explain why your answer was "Yes" and (2) provide any additional information that helps to explain your answer.

**A. General Questions.**

1. Have you **ever** claimed to be a U.S. citizen *(in writing or any other way)*? ☐ Yes  ☒ No

2. Have you **ever** registered to vote in any Federal, state or local election in the United States? ☐ Yes  ☒ No

3. Have you **ever** voted in any Federal, state or local election in the United States? ☐ Yes  ☒ No

4. Since becoming a Lawful Permanent Resident, have you **ever** failed to file a required Federal, state or local tax return? ☐ Yes  ☒ No

5. Do you owe any Federal, state or local taxes that are overdue? ☐ Yes  ☒ No

6. Do you have any title of nobility in any foreign country? ☐ Yes  ☒ No

7. Have you ever been declared legally incompetent or been confined to a mental institution within the last five years? ☐ Yes  ☒ No

**Part 10.  Additional Questions. (Continued)**

Write your USCIS "A"- number here:
A  046-719-231

**B.  Affiliations.**

8.  **a.**  Have you **ever** been a member of or associated with any organization, association, fund,
foundation, party, club, society or similar group in the United States or in any other place?  ☐ Yes  ☒ No

**b.**  If you answered "Yes," list the name of each group below. If you need more space, attach the names of the other group(s) on a
separate sheet(s) of paper.

| Name of Group | Name of Group |
|---|---|
| 1. | 6. |
| 2. | 7. |
| 3. | 8. |
| 4. | 9. |
| 5. | 10. |

9.  Have you **ever** been a member of or in any way associated *(either directly or indirectly)* with:

    **a.**  The Communist Party?  ☐ Yes  ☒ No

    **b.**  Any other totalitarian party?  ☐ Yes  ☒ No

    **c.**  A terrorist organization?  ☐ Yes  ☒ No

10.  Have you **ever** advocated *(either directly or indirectly)* the overthrow of any government
by force or violence?  ☐ Yes  ☒ No

11.  Have you **ever** persecuted *(either directly or indirectly)* any person because of race,
religion, national origin, membership in a particular social group or political opinion?  ☐ Yes  ☒ No

12.  Between March 23, 1933 and May 8, 1945, did you work for or associate in any way *(either
directly or indirectly)* with:

    **a.**  The Nazi government of Germany?  ☐ Yes  ☒ No

    **b.**  Any government in any area (1) occupied by, (2) allied with, or (3) established with the
help of the Nazi government of Germany?  ☐ Yes  ☒ No

    **c.**  Any German, Nazi, or S.S. military unit, paramilitary unit, self-defense unit, vigilante unit,
citizen unit, police unit, government agency or office, extermination camp, concentration
camp, prisoner of war camp, prison, labor camp or transit camp?  ☐ Yes  ☒ No

**C.  Continuous Residence.**

Since becoming a Lawful Permanent Resident of the United States:

13.  Have you **ever** called yourself a "nonresident" on a Federal, state or local tax return?  ☐ Yes  ☒ No

14.  Have you **ever** failed to file a Federal, state or local tax return because you considered
yourself to be a "nonresident"?  ☐ Yes  ☒ No

| Part 10.  Additional Questions. (Continued) | Write your USCIS "A"- number here:<br>A  046-719-231 |

### D. Good Moral Character.

For the purposes of this application, you must answer "Yes" to the following questions, if applicable, even if your records were sealed or otherwise cleared or if anyone, including a judge, law enforcement officer or attorney, told you that you no longer have a record.

**15.** Have you **ever** committed a crime or offense for which you were **not** arrested? ☐ Yes ☒ No

**16.** Have you **ever** been arrested, cited or detained by any law enforcement officer (including USCIS or former INS and military officers) for any reason? ☐ Yes ☒ No

**17.** Have you **ever** been charged with committing any crime or offense? ☐ Yes ☒ No

**18.** Have you **ever** been convicted of a crime or offense? ☐ Yes ☒ No

**19.** Have you **ever** been placed in an alternative sentencing or a rehabilitative program (for example: diversion, deferred prosecution, withheld adjudication, deferred adjudication)? ☐ Yes ☒ No

**20.** Have you **ever** received a suspended sentence, been placed on probation or been paroled? ☐ Yes ☒ No

**21.** Have you **ever** been in jail or prison? ☐ Yes ☒ No

If you answered "Yes" to any of Questions 15 through 21, complete the following table.  If you need more space, use a separate sheet (s) of paper to give the same information.

| Why were you arrested, cited, detained or charged? | Date arrested, cited, detained or charged?<br>*(mm/dd/yyyy)* | Where were you arrested, cited, detained or charged?<br>*(City, State, Country)* | Outcome or disposition of the arrest, citation, detention or charge<br>*(No charges filed, charges dismissed, jail, probation, etc.)* |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

Answer Questions 22 through 33.  If you answer "Yes" to any of these questions, attach (1) your written explanation why your answer was "Yes" and (2) any additional information or documentation that helps explain your answer.

**22.** Have you **ever**:

   **a.** Been a habitual drunkard? ☐ Yes ☒ No

   **b.** Been a prostitute, or procured anyone for prostitution? ☐ Yes ☒ No

   **c.** Sold or smuggled controlled substances, illegal drugs or narcotics? ☐ Yes ☒ No

   **d.** Been married to more than one person at the same time? ☐ Yes ☒ No

   **e.** Helped anyone enter or try to enter the United States illegally? ☐ Yes ☒ No

   **f.** Gambled illegally or received income from illegal gambling? ☐ Yes ☒ No

   **g.** Failed to support your dependents or to pay alimony? ☐ Yes ☒ No

**23.** Have you **ever** given false or misleading information to any U.S. government official while applying for any immigration benefit or to prevent deportation, exclusion or removal? ☐ Yes ☒ No

**24.** Have you **ever** lied to any U.S. government official to gain entry or admission into the United States? ☐ Yes ☒ No

| Part 10.  Additional Questions. (Continued) | Write your USCIS "A"- number here: A  046-719-231 |

### E.  Removal, Exclusion and Deportation Proceedings.

25. Are removal, exclusion, rescission or deportation proceedings pending against you? ☐ Yes ☒ No

26. Have you **ever** been removed, excluded or deported from the United States? ☐ Yes ☒ No

27. Have you **ever** been ordered to be removed, excluded or deported from the United States? ☐ Yes ☒ No

28. Have you **ever** applied for any kind of relief from removal, exclusion or deportation? ☐ Yes ☒ No

### F. Military Service.

29. Have you **ever** served in the U.S. Armed Forces? ☐ Yes ☒ No

30. Have you **ever** left the United States to avoid being drafted into the U.S. Armed Forces? ☐ Yes ☒ No

31. Have you **ever** applied for any kind of exemption from military service in the U.S. Armed Forces? ☐ Yes ☒ No

32. Have you **ever** deserted from the U.S. Armed Forces? ☐ Yes ☒ No

### G. Selective Service Registration.

33. Are you a male who lived in the United States at any time between your 18th and 26th birthdays in any status except as a lawful nonimmigrant? ☐ Yes ☒ No

If you answered "NO," go on to question 34.

If you answered "YES," provide the information below.

If you answered "YES," but you did not register with the Selective Service System and are still under 26 years of age, you must register before you apply for naturalization, so that you can complete the information below:

Date Registered (mm/dd/yyyy) [            ]     Selective Service Number [            ]

If you answered "YES," but you did not register with the Selective Service and you are now 26 years old or older, attach a statement explaining why you did not register.

### H. Oath Requirements. *(See Part 14 for the Text of the Oath)*

Answer Questions 34 through 39.  If you answer "No" to any of these questions, attach (1) your written explanation why the answer was "No" and (2) any additional information or documentation that helps to explain your answer.

34. Do you support the Constitution and form of government of the United States? ☒ Yes ☐ No

35. Do you understand the full Oath of Allegiance to the United States? ☒ Yes ☐ No

36. Are you willing to take the full Oath of Allegiance to the United States? ☒ Yes ☐ No

37. If the law requires it, are you willing to bear arms on behalf of the United States? ☒ Yes ☐ No

38. If the law requires it, are you willing to perform noncombatant services in the U.S. Armed Forces? ☒ Yes ☐ No

39. If the law requires it, are you willing to perform work of national importance under civilian direction? ☒ Yes ☐ No

| Part 11. Your Signature. | Write your USCIS "A"- number here: |
|---|---|
| | A  046-719-231 |

I certify, under penalty of perjury under the laws of the United States of America, that this application, and the evidence submitted with it, are all true and correct. I authorize the release of any information that the USCIS needs to determine my eligibility for naturalization.

Your Signature                                                                 Date *(mm/dd/yyyy)*

## Part 12. Signature of Person Who Prepared This Application for You. *(If Applicable)*

I declare under penalty of perjury that I prepared this application at the request of the above person. The answers provided are based on information of which I have personal knowledge and/or were provided to me by the above named person in response to the *exact questions* contained on this form.

Preparer's Printed Name                                                  Preparer's Signaure

Firouzeh Hoveidarad

Date *(mm/dd/yyyy)*         Preparer's Firm or Organization Name *(If applicable)*         Preparer's Daytime Phone Number

408. 725. 8523

| Preparer's Address - Street Number and Name | City | State | Zip Code |
|---|---|---|---|
| 14662 Big Basin Way #C | Saratoga | CA | 95070 |

## NOTE:  Do not complete Parts 13 and 14 until a USCIS Officer instructs you to do so.

## Part 13. Signature at Interview.

I swear (affirm) and certify under penalty of perjury under the laws of the United States of America that I know that the contents of this application for naturalization subscribed by me, including corrections numbered 1 through ___39___ and the evidence submitted by me numbered pages 1 through ___10___ , are true and correct to the best of my knowledge and belief.

Subscribed to and sworn to (affirmed) before me

Officer's Printed Name or Stamp                Date *(mm/dd/yyyy)*

Complete Signature of Applicant                         Officer's Signature

## Part 14. Oath of Allegiance.

If your application is approved, you will be scheduled for a public oath ceremony at which time you will be required to take the following oath of allegiance immediately prior to becoming a naturalized citizen. By signing, you acknowledge your willingness and ability to take this oath:

I hereby declare, on oath, that I absolutely and entirely renounce and abjure all allegiance and fidelity to any foreign prince, potentate, state, or sovereignty, of whom or which which I have heretofore been a subject or citizen;

that I will support and defend the Constitution and laws of the United States of America against all enemies, foreign and domestic;

that I will bear true faith and allegiance to the same;

that I will bear arms on behalf of the United States when required by the law;

that I will perform noncombatant service in the Armed Forces of the United States when required by the law;

that I will perform work of national importance under civilian direction when required by the law; and

that I take this obligation freely, without any mental reservation or purpose of evasion; so help me God.

Printed Name of Applicant                                 Complete Signature of Applicant

Masoumeh Vakilzadeh

# Exhibit B

# THE UNITED STATES OF AMERICA

| Receipt | | | **NOTICE DATE**<br>December 17, 2005 |
|---|---|---|---|
| **CASE TYPE**<br>N400    Application For Naturalization | | | **INS A#**<br>A 046 719 231 |
| **APPLICATION NUMBER**<br>WSC*001420450 | **RECEIVED DATE**<br>December 08, 2005 | **PRIORITY DATE**<br>December 08, 2005 | **PAGE**<br>1 of 1 |

**APPLICANT NAME AND MAILING ADDRESS**

MASOUMEH VAKILZADEH
14662 BIG BASIN WAY C
SARATOGA CA 95070

**PAYMENT INFORMATION:**

| | |
|---|---|
| Single Application Fee: | $400.00 |
| Total Amount Received: | $400.00 |
| Total Balance Due: | $0.00 |

The above application has been received by our office and is in process. Our records indicate your personal information is as follows:

Date of Birth:      May 31, 1948
Address Where You Live:    14662 BIG BASIN WAY C
                          SARATOGA CA 95070

Please verify your personal information listed above and immediately notify our office at the address or phone number listed below if there are any changes.

You will be notified of the date and place of your interview when you have been scheduled by the local INS office. You should expect to be notified within 365 days of this notice.

If you have any questions or comments regarding this notice or the status of your case, please contact our office at the below address or customer service number. You will be notified separately about any other cases you may have filed.

If you have other questions about possible immigration benefits and services, filing information, or INS forms, please call the INS National Customer Service Center (NCSC) at **1-800-375-5283**. If you are hearing impaired, please call the NCSC TDD at **1-800-767-1833**.

If you have access to the Internet, you can also visit INS at **www.ins.usdoj.gov**. Here you can find valuable information about forms and filing instructions, and about general immigration services and benefits. At present, this site does not provide case status information.

**INS Office Address:**
US IMMIGRATION AND NATURALIZATION SERVICE
CALIFORNIA SERVICE CENTER
P.O BOX 10400
LAGUNA NIGUEL CA 92607-

**INS Customer Service Number:**
(800) 375-5283

APPLICANT COPY

WSC$001526785     WSCG000065358



# Exhibit C

## THE UNITED STATES OF AMERICA

| | | | NOTICE DATE |
|---|---|---|---|
| Fingerprint Notification | | | February 06, 2006 |
| CASE TYPE<br>N400    Application For Naturalization | | | INS A#<br>A 046 719 231 |
| APPLICATION NUMBER<br>WSC*001420450 | RECEIVED DATE<br>December 08, 2005 | PRIORITY DATE<br>December 08, 2005 | PAGE<br>1 of 1 |

APPLICANT NAME AND MAILING ADDRESS

MASOUMEH VAKILZADEH
14662 BIG BASIN WAY C
SARATOGA CA 95070

*ASC SITE CODE:*
*BIOMETRICS QA REVIEW BY:*

*ON*
*TENPRINTS QA REVIEW BY:*
*157557 ON  MAR  4  2006*

To process your application, INS must take your fingerprints and have them cleared by the FBI. **PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.** If you are unable to do so, complete the bottom of this notice and return the entire original notice to the address below. **RESCHEDULING YOUR APPOINTMENT WILL DELAY YOUR APPLICATION. IF YOU FAIL TO APPEAR AS SCHEDULED BELOW OR FAIL TO REQUEST RESCHEDULING, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

| APPLICATION SUPPORT CENTER | DATE AND TIME OF APPOINTMENT |
|---|---|
| INS SAN JOSE<br>122 CHARCOT AVE.<br>SAN JOSE CA 95131 | 03/04/2006<br>12:00 PM |

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR FINGERPRINTS TAKEN, YOU MUST BRING:**
1. **THIS APPOINTMENT NOTICE** and
2. **PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Registration Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, you will not be fingerprinted.

**PLEASE DISREGARD THIS NOTICE IF YOUR APPLICATION HAS ALREADY BEEN GRANTED.**

### REQUEST FOR RESCHEDULING

Please reschedule my appointment for the next available:    ☐ Wednesday afternoon    ☐ Saturday afternoon

INS cannot guarantee the day preferred, but will do so to the extent possible.
Upon receipt of your request, you will be provided a new appointment notice.  Please mail your request to:

INS SAN JOSE
122 CHARCOT AVE.
SAN JOSE CA 95131

If you have any questions regarding this notice, please call 1-800-375-5283.    **APPLICANT COPY**

APPLICATION NUMBER
WSC*001420450

### WARNING!
*Due to limited seating availability in our lobby areas, only persons who are necessary to assist with transportation or completing the fingerprint worksheet should accompany you.*

Form I-797C (Rev. 01/31/05) N

# Exhibit D

**U.S. Department of Homeland Security**

Citizenship and Immigration Services

## N-652, Naturalization Interview Results

A#:  A046719231

On  May 4, 2006,  you were interviewed by USCIS Officer AYRAN

☐  You passed the tests of English and U.S. history and government.

☐  You passed the test of U.S. history and government and the English language requirement was waived.

☐  USCIS has accepted your request for a Disability Exception.  You are exempted from the requirement to demonstrate English language ability and/or a knowledge of U.S. history and government.

☑  You will be given another opportunity to be tested on your ability to ____ speak / ____ read / ____ write English.

☐  You will be given another opportunity to be tested on your knowledge of U.S. history and government.

☐  Please follow the instructions on the Form N-14.

☐  USCIS will send you a written decision about your application.

☐  You did not pass the second and final test of your _____ English ability / _____ knowledge of U.S. history and government.  You will not be rescheduled for another interview for this N-400.  USCIS will send you a written decision about your application.

**A)**_____**Congratulations!  Your application has been recommended for approval**.  At this time, it appears that you have established your eligibility for naturalization.  If final approval is granted, you will be notified when and where to report for the Oath Ceremony.

**B)**____ **A decision cannot yet be made about your application.**

**It is very important that you:**

☒  Notify USCIS if you change your address.

☒  Come to any scheduled interview.

☒  Submit all requested documents.

☒  Send any questions about this application in writing to the officer named above.  Include your full name, Alien Registration Number (A#),  and a copy of this paper.

☒  Go to any Oath Ceremony that you are scheduled to attend.

☒  Notify USCIS as soon as possible in writing if you cannot come to any scheduled interview or Oath Ceremony.  Include a copy of this paper and a copy of the scheduling notice.

**NOTE:**  Please be advised that under section 336 of the Immigration and Nationality Act, you have the right to request a hearing before an immigration officer if your application is denied or before the U.S. district court if USCIS has not made a determination on your application within 120 days of the date of your examination.

F B I   Pane   Clerk   Pending

**4**

# Exhibit E

**U.S. Department of Homeland Security**

Citizenship and Immigration Services

## N-652, Naturalization Interview Results

A#:  a46719231

On  October 30, 2006, you were interviewed by USCIS Officer **JOHN R. GONZALEZ**

☑  You passed the tests of English and U.S. history and government.

☐  You passed the test of U.S. history and government and the English language requirement was waived.

☐  USCIS has accepted your request for a Disability Exception.  You are exempted from the requirement to demonstrate English language ability and/or a knowledge of U.S. history and government.

☐  You will be given another opportunity to be tested on your ability to ☐ speak / ☐ read / ☐ write English.

☐  You will be given another opportunity to be tested on your knowledge of U.S. history and government.

☐  Please follow the instructions on the Form N-14.

☐  USCIS will send you a written decision about your application.

☐  You did not pass the second and final test of your ☐ English ability / ☐ knowledge of U.S. history and government.  You will not be rescheduled for another interview for this N-400.  USCIS will send you a written decision about your application.

**A)**  ☐  **Congratulations!  Your application has been recommended for approval**.  At this time, it appears that you have established your eligibility for naturalization.  If final approval is granted, you will be notified when and where to report for the Oath Ceremony.

*NAME CHECK PENDING*

**B)**  ☑  **A decision cannot yet be made about your application.**

**It is very important that you:**

☒  Notify USCIS if you change your address.

☒  Come to any scheduled interview.

☒  Submit all requested documents.

☒  Send any questions about this application in writing to the officer named above.  Include your full name, Alien Registration Number (A#),  and a copy of this paper.

☒  Go to any Oath Ceremony that you are scheduled to attend.

☒  Notify USCIS as soon as possible in writing if you cannot come to any scheduled interview or Oath Ceremony.  Include a copy of this paper and a copy of the scheduling notice.

**NOTE:**  Please be advised that under section 336 of the Immigration and Nationality Act, you have the right to request a hearing before an immigration officer if your application is denied or before the U.S. district court if USCIS has not made a determination on your application within 120 days of the date of your examination.

**3**

# Exhibit F

WASHINGTON OFFICE
205 CANNON BUILDING
WASHINGTON, DC 20515-0514
(202) 225-8104
FAX (202) 225-8890

DISTRICT OFFICE
698 EMERSON STREET
PALO ALTO, CA 94301-1609
(650) 323-2984
(408) 245-2339
(831) 335-2020
FAX (650) 323-3498

http://eshoo.house.gov

**Anna G. Eshoo**
14th District, California

**Congress of the United States**
**House of Representatives**
**Washington, DC 20515-0514**

COMMITTEE ON ENERGY AND COMMERCE

SUBCOMMITTEES:
TELECOMMUNICATIONS AND THE INTERNET
HEALTH

PERMANENT SELECT COMMITTEE ON
INTELLIGENCE

SUBCOMMITTEES:
INTELLIGENCE POLICY AND NATIONAL
SECURITY, RANKING MEMBER
TECHNICAL AND TACTICAL INTELLIGENCE

WHIP AT LARGE

CO-CHAIR
E-911 CAUCUS

CO-CHAIR
MEDICAL TECHNOLOGY CAUCUS

VICE-CHAIR
DEMOCRATIC BUDGET GROUP

May 22, 2007

Mr. and Mrs. Norouzaie Hoveidarad
14662 Big Basin Way, #C
Saratoga, California  95070

Dear Mr. and Mrs. Hoveidarad,

I write to follow up with you regarding your cases.

The FBI notified me that your Name Checks are still actively being reviewed.  Once completed, they will notify the CIS so that a decision can be made on your cases.  I've asked the CIS to adjudicate your applications as expeditiously as possible and notify you directly of their decision.

I hope this information is helpful to you and thank you again for the opportunity to be of assistance. If you have any questions or updates on your cases, please contact Patty Kim in my Palo Alto District Office. We will continue to follow up with the FBI periodically to check on the progress of your cases.

Enclosed is information on security checks that I thought might be of interest to you.

Sincerely,

Anna G. Eshoo
Member of Congress

Enclosure

THIS STATIONERY PRINTED ON PAPER MADE OF RECYCLED FIBERS
THIS MAILING WAS PREPARED, PUBLISHED, AND MAILED AT TAXPAYER EXPENSE

*Office of Communications*
**U.S. Department of Homeland Security**



**U.S. Citizenship
and Immigration
Services**

February 20, 2007

# USCIS Update

### USCIS CLARIFIES CRITERIA TO EXPEDITE FBI NAME CHECK
*Federal Litigation Removed as Sole Basis to Expedite Check*

WASHINGTON – U.S. Citizenship and Immigration Services (USCIS) is no longer routinely requesting the FBI to expedite a name check when the only reason for the request is that a mandamus (or other federal court petition) is filed in the case.

USCIS may continue to request an expedited FBI name check if the case meets one of the other approved criteria, including:

1. Military deployment,
2. Age-out cases not covered under the *Child Status Protection Act*, and applications affected by sunset provisions such as diversity visas,
3. Significant and compelling reasons, such as critical medical conditions, and
4. Loss of social security benefits or other subsistence at the discretion of the USCIS District Director.

The FBI name check is an invaluable part of the security screening process, ensuring that our immigration system is not used as a vehicle to harm our nation or its citizens. USCIS also requests an FBI name check to screen out people who seek immigration benefits improperly or fraudulently and ensure that only eligible applicants receive benefits.

Information about the FBI name check is available on the USCIS website at http://www.uscis.gov or by calling the USCIS National Customer Service Center toll free at 1-800-375-5283.

–USCIS –

On March 1, 2003, U.S Citizenship and Immigration Services became one of three legacy INS components to join the U.S. Department of Homeland Security.   USCIS is charged with fundamentally transforming and improving the delivery of immigration and citizenship services,  while enhancing our nation's security.

## National Name Check Program—Frequently Asked Questions

### How long will it take for my name check to be completed?

The length of time it takes for a name check to be completed varies from name to name. Normally, a name is submitted by an agency, such as the United States Citizenship and Immigration Services (USCIS), on a data tape. The National Name Check Program (NNCP) receives over 62,000 name checks every week, with over 27,000 coming from USCIS on a weekly basis. When a data tape comes in, the names on the tape are electronically checked against the Federal Bureau of Investigation's Universal Index (UNI). The searches seek all instances of the individual's name appearing in both main files and reference files. A main file name is that of an individual who is, himself/herself, the subject of an FBI investigation, whereas a reference is someone whose name appears in an FBI investigation. References may be associates, conspirators, or witnesses.

The majority of name checks submitted on a data tape are electronically checked and returned to the submitting agency as having "No Record" within 48-72 hours. A "No Record" indicates that the FBI's UNI database contains no identifiable information regarding a particular individual. Duplicate submissions (i.e., identically spelled names with identical dates of birth submitted within the last 120 days) are not checked, and the duplicate findings are returned immediately to the submitting agency.

A secondary manual name search conducted within 30-60 days usually identifies additional requests as having a "No Record." The remaining name checks (usually about 10% of the name checks originally submitted) are identified as possibly being the subject of an FBI record. At that point, the FBI record must be retrieved and reviewed. If the record is available in the FBI's electronic record keeping system, it can be reviewed quickly. If not, the relevant information must be retrieved from an existing paper record. Review of this information determines whether the information is positively identified with the name check request. If the information is not identified with the request, the request is closed as a "No Record," and the requesting agency is notified as such.

The average time required to retrieve and review an FBI record for possible information related to a name check request is case specific—it depends on the number of files an analyst must obtain (which is dictated by the number of "hits" on a name), the location and availability of those files, and the amount of information contained in a file. If a file is stored locally, an analyst will be able to obtain the file within a matter of days. If a file is located in a field office or other FBI location, the applicable information must be requested from that location. There are over 265 different FBI locations that could house information pertinent to a name check request. If a file is electronically available, an analyst will have immediate access to that file. Additionally, once an analyst receives the file, or the pertinent information contained in a file, the analyst must review it for possible information related to the name check request.

Many times, the delay associated with the processing of the remaining name checks is not the actual time it takes to process a name check, but the time it takes for an analyst to get to the name check request in order to process it. This is due to the constant volume of name checks, several million each year, combined with the FBI's current work on processing residual name checks from a batch of 2.7 million requests submitted by USCIS in December 2002, as compared to the NNCP's limited resources. Less than one percent of the requests are identified with a file containing possible derogatory information. If applicable, the FBI then forwards a summary of the derogatory information to the requesting agency. It is important to note that the FBI **does not** adjudicate the name check requests, but only provides available information to a requesting agency for its adjudication process.

**How can I have my name check expedited?**

The FBI tries to process its oldest name checks first. Customer agencies will occasionally request expedited handling of specific name checks. Criteria used to determine which name checks receive expedited handling are internal matters of each customer agency. The FBI does request that the number of expedited cases be kept to a minimum in fairness to the other pending name check requests. Because each customer agency determines which name checks are expedited, contacting Congressional representatives, the FBI's Office of Congressional Affairs, or the NNCP will only further tie up vital resources and **will not** contribute to the expediting of a name check.

**Does contacting my Congressional representative expedite my name check?**

No, the customer agency determines expedited handling. The FBI's policy is to be responsive to our customer's needs given the limits of our resources. Re-prioritization from multiple sources would convolute the customer agency's ability to manage their priority cases.

**Is there a fee I can pay to expedite the process?**

No. Processing times are a function of the volume of work versus the resources that can be applied to the task. Paying an additional fee would not speed up the name check process.

**I am aware that some name checks have been completed that were submitted to the FBI *after* cases that remain pending. Why are the name checks not handled in the order in which they are received?**

The vast majority of name check requests are completed in less than 60 days. Of those remaining, the FBI tries to complete the oldest name checks first. The time to complete any given name check varies. There are many factors that impact processing times such as the number of files to retrieve and review, a file's location and accessibility, case status, and workload all impact processing times. Another factor that might delay the processing of a name check request on a first in/first out basis is the number of requests for expedited handling received from a customer agency.

**My Freedom of Information/Privacy Act request to the FBI resulted in a "no record" response. Given that, why is my name check request still pending?**

Freedom of Information and Privacy Acts (FOIPA) requests are sometimes confused with name check requests. FOIPA provides copies of FBI files relevant to a specific FOIPA request. For FOIPA, the FBI search uses the name or information as provided in the FOIPA request. A FOIPA search determines whether there is an investigative file associated with an individual—a "main file" search. For a name check, "main files" and "reference files" are both checked, in an effort to protect our national security, in addition to searching a name in a multitude of combinations.

**Who can I call to check on the status of my name check?**

The FBI will only respond to status inquiries from its customer agencies. Please contact the organization receiving your original application. In Citizenship and Immigration cases, contact USCIS for the status.

http://www.fbi.gov/page2/nationalnamecheck.htm

*Press Office*
**U.S. Department of Homeland Security**



**U.S. Citizenship
and Immigration
Services**

April 25, 2006

# Fact Sheet

### Immigration Security Checks—How and Why the Process Works

**Background**

All applicants for a U.S. immigration benefit are subject to criminal and national security background checks to ensure they are eligible for that benefit. U.S. Citizenship and Immigration Services (USCIS), the Federal agency that oversees immigration benefits, performs checks on every applicant, regardless of ethnicity, national origin or religion.

Since 2002, USCIS has increased the number and scope of relevant background checks, processing millions of security checks without incident. However, in some cases, USCIS customers and immigrant advocates have expressed frustration over delays in processing applications, noting that individual customers have waited a year or longer for the completion of their adjudication pending the outcome of security checks. While the percentage of applicants who find their cases delayed by pending background checks is relatively small, USCIS recognizes that for those affected individuals, the additional delay and uncertainty can cause great anxiety. Although USCIS cannot guarantee the prompt resolution of every case, we can assure the public that applicants are not singled out based on race, ethnicity, religion, or national origin.

USCIS strives to balance the need for timely, fair and accurate service with the need to ensure a high level of integrity in the decision-making process. This fact sheet outlines the framework of the immigration security check process, explaining its necessity, as well as factors contributing to delays in resolving pending cases.

**Why USCIS Conducts Security Checks**

USCIS conducts security checks for all cases involving a petition or application for an immigration service or benefit. This is done both to enhance national security and ensure the integrity of the immigration process. USCIS is responsible for ensuring that our immigration system is not used as a vehicle to harm our nation or its citizens by screening out people who seek immigration benefits improperly or fraudulently. These security checks have yielded information about applicants involved in violent crimes, sex crimes, crimes against children, drug trafficking and individuals with known links to terrorism. These investigations require time, resources, and patience and USCIS recognizes that the process is slower for some customers than they would like. Because of that, USCIS is working closely with the FBI and other agencies to speed the background check process. However, USCIS will never grant an immigration service or benefit before the required security checks are completed regardless of how long those checks take.

12

Immigration Security Checks—How and Why the Process Works

---

## How Immigration Security Checks Work

To ensure that immigration benefits are given only to eligible applicants, USCIS adopted background security check procedures that address a wide range of possible risk factors. Different kinds of applications undergo different levels of scrutiny. USCIS normally uses the following three background check mechanisms but maintains the authority to conduct other background investigations as necessary:

- **The Interagency Border Inspection System (IBIS) Name Check**— IBIS is a multiagency effort with a central system that combines information from multiple agencies, databases and system interfaces to compile data relating to national security risks, public safety issues and other law enforcement concerns. USCIS can quickly check information from these multiple government agencies to determine if the information in the system affects the adjudication of the case. Results of an IBIS check are usually available immediately. In some cases, information found during an IBIS check will require further investigation. The IBIS check is not deemed completed until all eligibility issues arising from the initial system response are resolved.

- **FBI Fingerprint Check**—FBI fingerprint checks are conducted for many applications. The FBI fingerprint check provides information relating to criminal background within the United States. Generally, the FBI forwards responses to USCIS within 24-48 hours. If there is a record match, the FBI forwards an electronic copy of the criminal history (RAP sheet) to USCIS. At that point, a USCIS adjudicator reviews the information to determine what effect it may have on eligibility for the benefit. Although the vast majority of inquiries yield no record or match, about 10 percent do uncover criminal history (including immigration violations). In cases involving arrests or charges without disposition, USCIS requires the applicant to provide court certified evidence of the disposition. Customers with prior arrests should provide complete information and certified disposition records at the time of filing to avoid adjudication delays or denial resulting from misrepresentation about criminal history. Even expunged or vacated convictions must be reported for immigration purposes.

- **FBI Name Checks**—FBI name checks are also required for many applications. The FBI name check is totally different from the FBI fingerprint check. The records maintained in the FBI name check process consist of administrative, applicant, criminal, personnel and other files compiled by law enforcement. Initial responses to this check generally take about two weeks. In about 80 percent of the cases, no match is found. Of the remaining 20 percent, most are resolved within six months. Less than one percent of cases subject to an FBI name check remain pending longer than six months. Some of these cases involve complex, highly sensitive information and cannot be resolved quickly. Even after FBI has provided an initial response to USCIS concerning a match, the name check is not complete until full information is obtained and eligibility issues arising from it are resolved.

For most applicants, the process outlined above allows USCIS to quickly determine if there are criminal or security related issues in the applicant's background that affect eligibility for immigration benefits. Most cases proceed forward without incident. However, due to both the sheer volume of security checks USCIS conducts, and the need to ensure that each applicant is thoroughly screened, some delays on individual applications are inevitable. Background checks may still be considered pending when either the FBI or relevant agency has not provided the final response to the background check or when the FBI or agency has provided a response, but the response requires further investigation or review by the agency or USCIS. Resolving pending cases is time-consuming and labor-intensive; some cases legitimately take months or even

13

**Immigration Security Checks—How and Why the Process Works**

several years to resolve.  Every USCIS District Office performs regular reviews of the pending caseload to determine when cases have cleared and are ready to be decided.  USCIS does not share information about the records match or the nature or status of any investigation with applicants or their representatives.

14

# Exhibit G

## LAW OFFICE OF KALPANA V. PEDDIBHOTLA

4800 GREAT AMERICA PKWY, SUITE 310 SANTA CLARA, CA 95054
TEL. (408) 249-3373 FAX. (408) 249-3586
KALPANA@KVP-LAW.COM

September 17, 2007

National Record Center
P.O. Box 648010
Lee's Summit, MO 64064-8010

Re:     **FOIA Request for Masoumeh Vakilzadeh**
**A# 046-719-231; WSC *001420450**

Dear Sir or Madame:

I am the attorney for Masoumeh Vakilzadeh.  My G-28 is included with this request.  Ms. Vakilzadeh submits the enclosed Form G-639 Freedom of Information Act (FOIA) request for her immigration files.

Please feel free to contact me if you require further information or clarification.  I appreciate your time and effort in this matter.  Thank you for your kind assistance.

Sincerely,

Kalpana V. Peddibhotla

Encl.

U.S. Department of Justice
Immigration and Naturalization Service

**Notice of Entry of Appearance
as Attorney or Representative**

Appearances - An appearance shall be filed on this form by the attorney or representative appearing in each case. Thereafter, substitution may be permitted upon the written withdrawal of the attorney or representative of record or upon notification of the new attorney or representative. When an appearance is made by a person acting in a representative capacity, his personal appearance or signature shall constitute a representation that under the provisions of this chapter he is authorized and qualified to represent. Further proof of authority to act in a representative capacity may be required. **Availability of Records** - During the time a case is pending, and except as otherwise provided in 8 CFR 103.2(b), a party to a proceeding or his attorney or representative shall be permitted to examine the record of proceeding in a Service office. He may, in conformity with 8 CFR 103.10, obtain copies of Service records or information therefrom and copies of documents or transcripts of evidence furnished by him. Upon request, he/she may, in addition, be loaned a copy of the testimony and exhibits contained in the record of proceeding upon giving his/her receipt for such copies and pledging that it will be surrendered upon final disposition of the case or upon demand. If extra copies of exhibits do not exist, they shall not be furnished free on loan; however, they shall be made available for copying or purchase of copies as provided in 8 CFR 103.10.

In re: **Masoumeh Vakilzadeh**

On behalf of : **Masoumeh Vakilzadeh**

Date: **08/08/2007**

File No. **N/A**

I hereby enter my appearance as attorney for (or representative of), and at the request of the following named person(s):

Name: **Masoumeh Vakilzadeh**

☐ Petitioner   ☒ Applicant
☐ Beneficiary

Address: (Apt. No.)      (Number & Street)      (City)      (State)      (Zip Code)
           **14662 Big Basin Way**        **Saratoga**      **CA**      **95070**

Name:

☐ Petitioner   ☐ Applicant
☐ Beneficiary

Address: (Apt. No.)      (Number & Street)      (City)      (State)      (Zip Code)

*Check Applicable Item(s) below:*

☒ 1. I am an attorney and a member in good standing of the bar of the Supreme Court of the United States or of the highest court of the following State, territory, insular possession, or District of Columbia
**California**          **Cal. Supreme Ct.; 9th Circuit**          and am not under a court or administrative agency
Name of Court
order suspending, enjoining, restraining, disbarring, or otherwise restricting me in practicing law.

☐ 2. I am an accredited representative of the following named religious, charitable, social service, or similar organization established in the United States and which is so recognized by the Board:

☐ 3. I am associated with
the attorney of record previously filed a notice of appearance in this case and my appearance is at his request. *(If you check this item, also check item 1 or 2 whichever is appropriate.)*

☐ 4. Others (Explain Fully.)

SIGNATURE

NAME (Type or Print)
**Kalpana V. Peddibhotla**

COMPLETE ADDRESS
**Law Office of Kalpana V. Peddibhotla**
**4800 Great America Pkwy., Suite #310, Santa Clara CA 95054**

TELEPHONE NUMBER
**408-249-3373**          Fax Number : **408-249-3586**

*PURSUANT TO THE PRIVACY ACT OF 1974, I HEREBY CONSENT TO THE DISCLOSURE TO THE FOLLOWING NAMED ATTORNEY OR REPRESENTATIVE OF ANY RECORD PERTAINING TO ME WHICH APPEARS IN ANY IMMIGRATION AND NATURALIZATION SERVICE SYSTEM OF RECORDS:*

**Kalpana V. Peddibhotla**

(Name of Attorney or Representative)

*THE ABOVE CONSENT TO DISCLOSURE IS IN CONNECTION WITH THE FOLLOWING MATTER:*

**All Immigration Matters**

Name of Person Consenting
**Masoumeh Vakilzadeh**

Signature of Person Consenting

Date
9/3/07

(NOTE: Execution of this box is required under the Privacy Act of 1974 where the person being represented is a citizen of the United States or an alien lawfully admitted for permanent residence.)

This form may not be used to request records under the Freedom of Information Act or the Privacy Act. The manner of requesting such records is contained in 8CFR 103.10 and 103.20 Et.SEQ.

Form G-28 (09/26/00)Y

OMB No. 1653-0030; Expires 11/30/08

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**G-639, Freedom of Information/**
**Privacy Act Request**

**NOTE:** The completion of this form is optional. Any written format for a Freedom of Information or Privacy Act request is acceptable.

**START HERE - Please type or print in black ink. Read instructions before completing this form.**

### 1. Type of request: *(Check appropriate box.)*

- [✓] Freedom of Information Act (FOIA). *(Complete all items except Number 6.)*
- [ ] Privacy Act (PA). *(Number 6 must be completed in addition to all other applicable items.)*
- [ ] Amendment. *(PA only. Number 5 must be completed in addition to all other applicable items.)*

### 2. Requester information.

| Name of Requester: (Last, First and Middle Names) | Date (mm/dd/yyyy) | Daytime Telephone: |
|---|---|---|
| **Peddibhotla, Kalpana** | **08/08/2007** | **408-249-3373** |

| Address *(Street Number and Name):* **4800 Great America Pkwy.** | Apt. Number: **Suite #310** |
|---|---|

| City: **Santa Clara** | State: **CA** | Zip Code: **95054** |
|---|---|---|

By my signature, I consent to the following:

Pay all costs incurred for search, duplication and review of materials up to **$25.00,** when applicable. *(See Instructions.)*

*Signature of requester:* *Kalpan Peda*

- [ ] Deceased Subject - Proof of death must be attached. *(Obituary, Death Certificate or other proof of death required.)*

### 3. Consent to release information. *(Complete if name is different from Requester). (Numbers 7 and 8 must be completed.)*

| Print Name of Person Giving Consent: | Signature of Person Giving Consent: *(Original signature required.)* |
|---|---|
| **Masoumeh Vakilzadeh** | |

*By my signature, I consent to the following: (Check applicable boxes.)*

- [✓] Allow the Requester named in **Number 2** above to review:
  - [✓] All of my records, or
  - [ ] A portion of my records. *(If a portion, specify below what part, i.e. copy of application.)*

*(Consent is required for records of U. S. citizens (USC) and Lawful Permanent Residents (LPR).*

### 4. Information needed to search for record(s).

Specific information, document(s) or record(s) desired: *(Identify by name, date, subject matter and location of information.)*

**Immigration files related to Masoumeh Vakilzadeh**

**Purpose:** *(Optional: You are not required to state the purpose of your request. However, doing so may assist USCIS to locate the records needed to respond to your request.)*

### 5. Data needed on subject of record. *(If data marked with an asterisk (*) is not provided, records may not be located.)*

| * Family Name: | Given Name: | Middle Name: |
|---|---|---|
| **Vakilzadeh** | **Masoumeh** | |

| * Other names used. if any: | * Name at time of entry into the U.S.: | I-94 Admissions #: |
|---|---|---|
| **Soory Vakilzadeh** | **Masoumeh Vakilzadeh** | **N/A** |

| * Alien Registration Number: | * Petition or Claim Receipt #: | * Country of Birth: | * Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| **A# 046-719-231** | **WSC*001420450** | **Iran** | **05/31/1948** |

Names of other family members that may appear on requested record(s) *(i.e., Spouse, Daughter, Son):*

| Father's Name | First | Middle | Last |
|---|---|---|---|
| | | | |

| Mother's Name | First | Middle | Last (Include Maiden Name) |
|---|---|---|---|
| | | | |

Form G-639 (Rev. 11/13/06)Y