KALPANA V. PEDDIBHOTLA, ESQ., SBN 200330
LAW OFFICE OF KALPANA V. PEDDIBHOTLA
4800 Great America Pkwy, Suite #310
Santa Clara, California 95054
Phone: 408-249-3373
Fax:    408-249-3586

**Attorney for Petitioner**
Masoumeh Vakilzadeh

Filed
07 NOV 20 PM
RICHARD W. W[...]
U.S. D[...]
[...]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Masoumeh Vakilzadeh<br><br>    Petitioner<br><br>    v.<br><br>Rosemary MELVILLE, District Director, in her Official Capacity, District Director, Citizenship & Immigration Services, United States Department of Homeland Security, San Francisco, California; Francis D. SICILIANO, in his Official Capacity, Field Officer Director, Citizenship & Immigration Services, United States Department of Homeland Security, San Jose, California; Emilio T. GONZALEZ, in his official Capacity, Director, United States Citizenship and Immigration Services, Department of Homeland Security; Michael CHERTOFF, in his Official Capacity, Secretary, Department of Homeland Security; Peter D. KEISLER, in his Official Capacity, Acting United States Attorney General; and Robert S. MUELLER, III, in his Official Capacity, Director, Federal Bureau of Investigation<br><br>    Respondents. | CASE NO. C07 05601 PVT<br><br>**PROOF OF SERVICE**<br><br>**Immigration Case**<br><br>Agency No.  046-719-231 |

**PROOF OF SERVICE**

- 1 -

# PROOF OF SERVICE

I am a citizen of the United States. My business address is 4800 Great America Pkwy, Suite 310, Santa Clara, California 95054. I am employed in the county of Santa Clara where this service occurs. I am over eighteen years of age and not a party to the within action.

On the date set forth below, following ordinary business practice, I served a true copy of the foregoing document(s) described as:

**Summons in a Civil Case;**
**Petition for Review of Naturalization Application;**
**Notice of Unavailability**

[x]  (BY CERTIFIED MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at Santa Clara, California.

TO:

Civil Process Clerk
Office of the United States Attorney
Northern District of California
450 Golden Gate Ave.
Tenth Floor, Box 36055
San Francisco, CA 94102

Michael Chertoff
Secretary
Department of Homeland Security
Washington, DC 20528

Rosemary Melville
District Director
USCIS
630 Sansome Street
San Francisco, CA 94111

Peter Keisler
Acting Attorney General,
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530

Francis D. Siciliano,
Field Office Director,
USCIS
1887 Monterey Road
San Jose, CA 95112

Robert S. Mueller, III
Director
FBI
935 Pennsylvania Avenue, NW
Washington, DC 20535

Emilio T. Gonzalez
Director
USCIS
Department of Homeland Security
Washington, DC 20528

[X]  (State) I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Proof of Service is true and correct.

Executed on November 8, 2007 at Santa Clara, California.

*Kalpana Peddibhotla* (signature)
KALPANA V. PEDDIBHOTLA

---

**PROOF OF SERVICE**

- 2 -