1  **KALPANA V. PEDDIBHOTLA, ESQ., SBN 200330**
**LAW OFFICE OF KALPANA V. PEDDIBHOTLA**
2  **4800 Great America Pkwy, Suite #310**
**Santa Clara, California 95054**
3  **Phone:  408-249-3373**
**Fax:     408-249-3586**
4

5  **Attorney for Petitioner**
Masoumeh Vakilzadeh
6

*FILED*

2007 NOV 20  P 1: 43

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST OF CA. S.J

7                  UNITED STATES DISTRICT COURT

8                  NORTHERN DISTRICT OF CALIFORNIA

9                        SAN JOSE DIVISION

10

11  Masoumeh Vakilzadeh                          )   CASE NO.  C07 05601 *PVT*
                                                )
12            Petitioner                        )
                                                )
13       v.                                     )   **NOTICE OF UNAVAILABILITY OF**
                                                )   **COUNSEL**
14                                              )
                                                )   **Immigration Case**
15  Rosemary MELVILLE, District Director, in her )
    Official Capacity, District Director, Citizenship & )  **Agency No.   046-719-231**
16  Immigration Services, United States Department )
    of Homeland Security, San Francisco, California; )
17  Francis D. SICILIANO, in his Official Capacity, )
    Field Officer Director, Citizenship &       )
18  Immigration Services, United States Department )
    of Homeland Security, San Jose, California;  )
19  Emilio T. GONZALEZ, in his official Capacity, )
    Director, United States Citizenship and     )
20  Immigration Services, Department of Homeland )
    Security; Michael CHERTOFF, in his Official  )
21  Capacity, Secretary, Department of Homeland  )
    Security; Peter D. KEISLER, in his Official  )
22  Capacity, Acting United States Attorney General; )
    and Robert S. MUELLER, III, in his Official  )
23  Capacity, Director, Federal Bureau of        )
    Investigation                               )
24                                              )
              Respondents.                      )
25                                              )
                                                )
26

27

28

1   TO ALL PARTIES HEREIN AND THEIR ATTORNEYS OF RECORD:

2        NOTICE IS HEREBY GIVEN that commencing Friday, December 21, 2007 and continuing

3   through Friday, January 11, 2007, KALPANA V. PEDDIBHOTLA, Attorney at Law, will be out of the

4   office and will be unavailable for any purpose whatsoever, including, but not limited to, receiving notice

5
    of any kind, responding to ex parte applications, appearing in Court, or attending depositions.

6
         Purposely scheduling a conflicting proceeding without good cause is sanctionable conduct.

7

8

9
    Dated: November 6, 2007

10                                             _Kalpa____h_____
                                               Kalpana V. Peddibhotla

11
                                               Attorney for Petitioner,
12                                             Masoumeh Vakilzadeh

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF UNAVAILABILITY OF COUNSEL