# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

FILED

2007 NOV 20 P 11:39

CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

Masoumeh VAKILZADEH

ADR

v.

Rosemary MELVILLE et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**C07 05601 PVT**

TO: (Name and address of defendant)

Rosemary Melville, District Director, USCIS, 630 Sansome Street, San Francisco, CA 94111;
Francis D. Siciliano, Field Office Director, USCIS, 1887 Monterey Rd., San Jose, CA 95112
Emilio T. Gonzalez, Director, DHS, Washington, DC 20528;
Michael Chertoff, Secretary, DHS, Washington, DC 20528;
Peter Keisler, Acting Attorney General, USDOJ, 950 Pennsylvania Avenue, NW, Washington, DC 20530;
Robert S. Mueller, III, Director, FBI, 935 Pennsylvania Avenue, NW, Washington, DC 20535

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

KALPANA V. PEDDIBHOTLA, ESQ., SBN 200330
LAW OFFICE OF KALPANA V. PEDDIBHOTLA
4800 Great America Pkwy, Suite #310
Santa Clara, California 95054
Phone: 408-249-3373
Fax:   408-249-3586

an answer to the complaint which is herewith served upon you, within 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

(BY) DEPUTY CLERK

Tiffany Salinas-Harwell

NOV - 5 2007
DATE

| | |
|---|---|
| 1 | **KALPANA V. PEDDIBHOTLA, ESQ., SBN 200330**<br>**LAW OFFICE OF KALPANA V. PEDDIBHOTLA** |
| 2 | 4800 Great America Pkwy, Suite #310<br>Santa Clara, California 95054 |
| 3 | Phone: 408-249-3373<br>**Fax:** 408-249-3586 |
| 4 | |
| 5 | **Attorney for Petitioner**<br>Masoumeh Vakilzadeh |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| 10 | Masoumeh Vakilzadeh ) | CASE NO. C07 05601 |
| 11 | ) | |
| 12 | Petitioner ) | **CERTIFICATE OF SERVICE** |
| 13 | v. ) | **Immigration Case** |
| 14 | ) | |
| 15 | Rosemary MELVILLE, District Director, in her )<br>Official Capacity, District Director, Citizenship &) | Agency No. 046-719-231 |
| 16 | Immigration Services, United States Department )<br>of Homeland Security, San Francisco, California; ) | |
| 17 | Francis D. SICILIANO, in his Official Capacity, )<br>Field Officer Director, Citizenship & )<br>Immigration Services, United States Department ) | |
| 18 | of Homeland Security, San Jose, California; )<br>Emilio T. GONZALEZ, in his official Capacity, ) | |
| 19 | Director, United States Citizenship and )<br>Immigration Services, Department of Homeland ) | |
| 20 | Security; Michael CHERTOFF, in his Official )<br>Capacity, Secretary, Department of Homeland ) | |
| 21 | Security; Peter D. KEISLER, in his Official )<br>Capacity, Acting United States Attorney General; ) | |
| 22 | and Robert S. MUELLER, III, in his Official )<br>Capacity, Director, Federal Bureau of ) | |
| 23 | Investigation )<br>) | |
| 24 | Respondents. ) | |
| 25 | ) | |

**CERTIFICATE OF SERVICE**

- 1 -

## CERTIFICATE OF SERVICE

I am a citizen of the United States. My business address is 4800 Great America Pkwy, Suite 310, Santa Clara, California 95054. I am employed in the county of Santa Clara where this service occurs. I am over eighteen years of age and not a party to the within action.

On November 8, 2007, following ordinary business practice, I served a true copy of the foregoing document(s) described as:

**Summons in a Civil Case;**
**Petition for Review of Naturalization Application;**
**Notice of Unavailability**

[x]   (BY CERTIFIED MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at Santa Clara, California.

TO:

Rosemary Melville
District Director
USCIS
630 Sansome Street
San Francisco, CA 94111

The documents were received and the service was completed on **November 13, 2007**.

[X]   (State) I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Proof of Service is true and correct.

Executed on December 4, 2007 at Santa Clara, California.

*Kalpana Peddibhotla*
KALPANA V. PEDDIBHOTLA

---

CERTIFICATE OF SERVICE

- 2 -



**UNITED STATES POSTAL SERVICE**®

Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

**Search Results**

Label/Receipt Number: **7007 0220 0001 9100 5710**
Status: **Delivered**

Your item was delivered at 12:00 PM on November 13, 2007 in SAN FRANCISCO, CA 94111.

*Additional Details >*    *Return to USPS.com Home >*

**Track & Confirm**

Enter Label/Receipt Number.



Go >

**Notification Options**

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.    Go >

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA