# United States District Court

## NORTHERN DISTRICT OF CALIFORNIA

FILED

2007 NOV 20 P 1:22
2007 DEC 11 A 11:22

RICHARD W. WIEKING
U.S. DISTRICT COURT
NO. DIST. OF CA. S.

Masoumeh VAKILZADEH

ADR

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

v.

Rosemary MELVILLE et al.

# C07 05601 PVT

### TO: (Name and address of defendant)

Rosemary Melville, District Director, USCIS, 630 Sansome Street, San Francisco, CA 94111;
Francis D. Siciliano, Field Office Director, USCIS, 1887 Monterey Rd., San Jose, CA 95112
Emilio T. Gonzalez, Director, DHS, Washington, DC 20528;
Michael Chertoff, Secretary, DHS, Washington, DC 20528;
Peter Keisler, Acting Attorney General, USDOJ, 950 Pennsylvania Avenue, NW, Washington, DC 20530;
Robert S. Mueller, III, Director, FBI, 935 Pennsylvania Avenue, NW, Washington, DC 20535

### YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

KALPANA V. PEDDIBHOTLA, ESQ., SBN 200330
LAW OFFICE OF KALPANA V. PEDDIBHOTLA
4800 Great America Pkwy, Suite #310
Santa Clara, California 95054
Phone: 408-249-3373
Fax:    408-249-3586

an answer to the complaint which is herewith served upon you, within _60_ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking

CLERK

NOV - 5 2007

DATE_____

(BY) DEPUTY CLERK

Tiffany Salinas-Harwell

1  KALPANA V. PEDDIBHOTLA, ESQ., SBN 200330
   LAW OFFICE OF KALPANA V. PEDDIBHOTLA
2  4800 Great America Pkwy, Suite #310
   Santa Clara, California 95054
3  Phone:  408-249-3373
   Fax:       408-249-3586
4

5  Attorney for Petitioner
   Masoumeh Vakilzadeh
6

7                  UNITED STATES DISTRICT COURT

8                NORTHERN DISTRICT OF CALIFORNIA

9                      SAN JOSE DIVISION

10

11  Masoumeh Vakilzadeh                    )   CASE NO.  C07 05601
                                           )
12          Petitioner                     )
                                           )
13          v.                             )   **CERTIFICATE OF SERVICE**
                                           )
14                                         )   **Immigration Case**
                                           )
15  Rosemary MELVILLE, District Director, in her  )   **Agency No.  046-719-231**
    Official Capacity, District Director, Citizenship &)
16  Immigration Services, United States Department )
    of Homeland Security, San Francisco, California; )
17  Francis D. SICILIANO, in his Official Capacity, )
    Field Officer Director, Citizenship &          )
18  Immigration Services, United States Department )
    of Homeland Security, San Jose, California;    )
19  Emilio T. GONZALEZ, in his official Capacity,  )
    Director, United States Citizenship and        )
20  Immigration Services, Department of Homeland   )
    Security; Michael CHERTOFF, in his Official    )
21  Capacity, Secretary, Department of Homeland    )
    Security; Peter D. KEISLER, in his Official    )
22  Capacity, Acting United States Attorney General; )
    and Robert S. MUELLER, III, in his Official    )
23  Capacity, Director, Federal Bureau of          )
    Investigation                                  )
24                                                 )
            Respondents.                           )
25                                                 )
                                                   )
26

27

28

# CERTIFICATE OF SERVICE

I am a citizen of the United States.  My business address is 4800 Great America Pkwy, Suite 310, Santa Clara, California 95054.  I am employed in the county of Santa Clara where this service occurs. I am over eighteen years of age and not a party to the within action.

On November 8, 2007, following ordinary business practice, I served a true copy of the foregoing document(s) described as:

**Summons in a Civil Case;**
**Petition for Review of Naturalization Application;**
**Notice of Unavailability**

[x]    (BY CERTIFIED MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at Santa Clara, California.

TO:

> Civil Process Clerk
> Office of the United States Attorney
> Northern District of California
> 450 Golden Gate Ave.
> Tenth Floor, Box 36055
> San Francisco, CA  94102

The documents were received and the service was completed on **November 9, 2007**.

[X]    (State) I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Proof of Service is true and correct.

Executed on December 4, 2007 at Santa Clara, California.

KALPANA V. PEDDIBHOTLA

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete
 item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
 so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
 or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

☐ Agent
☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery 1/9/07

D. Is delivery address different from item 1?  ☐ Yes
 If YES, enter delivery address below:   ☐ No

1. Article Addressed to:

Civil Process Clerk
450 Golden Gate Av
San Francisco CA 94102

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
  (Transfer from service label)

7007 0220 0001 9099 8075

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540