# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

FILED
2007 NOV 20   2007 DEC 11 A II: 33

Masoumeh VAKILZADEH

ADR

v.

Rosemary MELVILLE et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER

C07 05601 PVT

TO: (Name and address of defendant)

Rosemary Melville, District Director, USCIS, 630 Sansome Street, San Francisco, CA 94111;
Francis D. Siciliano, Field Office Director, USCIS, 1887 Monterey Rd., San Jose, CA 95112
Emilio T. Gonzalez, Director, DHS, Washington, DC 20528;
Michael Chertoff, Secretary, DHS, Washington, DC 20528;
Peter Keisler, Acting Attorney General, USDOJ, 950 Pennsylvania Avenue, NW, Washington, DC 20530;
Robert S. Mueller, III, Director, FBI, 935 Pennsylvania Avenue, NW, Washington, DC 20535

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

KALPANA V. PEDDIBHOTLA, ESQ., SBN 200330
LAW OFFICE OF KALPANA V. PEDDIBHOTLA
4800 Great America Pkwy, Suite #310
Santa Clara, California 95054
Phone: 408-249-3373
Fax: 408-249-3586

an answer to the complaint which is herewith served upon you, within 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

NOV - 5 2007
DATE

(BY) DEPUTY CLERK

Tiffany Salinas-Harwell

1 | KALPANA V. PEDDIBHOTLA, ESQ., SBN 200330
　 | LAW OFFICE OF KALPANA V. PEDDIBHOTLA
2 | 4800 Great America Pkwy, Suite #310
　 | Santa Clara, California 95054
3 | Phone: 408-249-3373
　 | Fax:    408-249-3586
4

5 | **Attorney for Petitioner**
　 | Masoumeh Vakilzadeh

6

　 　 　 　 UNITED STATES DISTRICT COURT

7

　 　 　 　 NORTHERN DISTRICT OF CALIFORNIA

8

　 　 　 　 SAN JOSE DIVISION

9

10

| Masoumeh Vakilzadeh | ) | CASE NO. C07 05601 |
| | ) | |
| Petitioner | ) | |
| | ) | **CERTIFICATE OF SERVICE** |
| v. | ) | |
| | ) | **Immigration Case** |
| | ) | |
| Rosemary MELVILLE, District Director, in her Official Capacity, District Director, Citizenship & Immigration Services, United States Department of Homeland Security, San Francisco, California; Francis D. SICILIANO, in his Official Capacity, Field Officer Director, Citizenship & Immigration Services, United States Department of Homeland Security, San Jose, California; Emilio T. GONZALEZ, in his official Capacity, Director, United States Citizenship and Immigration Services, Department of Homeland Security; Michael CHERTOFF, in his Official Capacity, Secretary, Department of Homeland Security; Peter D. KEISLER, in his Official Capacity, Acting United States Attorney General; and Robert S. MUELLER, III, in his Official Capacity, Director, Federal Bureau of Investigation | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **Agency No.**  046-719-231 |
| Respondents. | ) ) | |

**CERTIFICATE OF SERVICE**

- 1 -

# CERTIFICATE OF SERVICE

I am a citizen of the United States. My business address is 4800 Great America Pkwy, Suite 310, Santa Clara, California 95054. I am employed in the county of Santa Clara where this service occurs. I am over eighteen years of age and not a party to the within action.

On November 8, 2007, following ordinary business practice, I served a true copy of the foregoing document(s) described as:

**Summons in a Civil Case;**
**Petition for Review of Naturalization Application;**
**Notice of Unavailability**

[x]   (BY CERTIFIED MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at Santa Clara, California.

TO:

    Michael Chertoff
    Secretary
    Department of Homeland Security
    Washington, DC 20528

The documents were received and the service was completed on **November 13, 2007**.

[X]   (State) I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Proof of Service is true and correct.

Executed on December 4, 2007 at Santa Clara, California.

*(signed)* KALPANA V. PEDDIBHOTLA

---

CERTIFICATE OF SERVICE

- 2 -



Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: **7007 0220 0001 9100 5741**
Status: **Delivered**

Your item was delivered at 11:23 AM on November 13, 2007 in WASHINGTON, DC 20528.

*Additional Details >*    *Return to USPS.com Home >*

Track & Confirm

Enter Label/Receipt Number.

Go >

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.   Go >

---

Site Map   Contact Us   Forms   Gov't Services   Jobs   Privacy Policy   Terms of Use   National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA