1 | JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
2 | JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
3 | MELANIE L. PROCTR (CSBN 228971)
Melanie.Proctor@usdoj.gov
4 | Assistant United States Attorney

5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
6 | Telephone: (415) 436-6730
FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| MASOUMEH VAKILZADEH, | ) | No. C 07-5601 PVT |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | |
| ROSEMARY MELVILLE, et al., | ) | CONSENT TO UNITED STATES MAGISTRATE JURISDICTION |
| Defendants. | ) | |

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, Defendants hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: January 8, 2007                        Respectfully submitted,

                                              JOSEPH P. RUSSONIELLO
                                              United States Attorney


                                                      /S/
                                              MELANIE L. PROCTOR
                                              Assistant United States Attorney
                                              Attorneys for Defendants

CONSENT
No. C 07-5601 PVT                    1