1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MELANIE L. PROCTR (CSBN 228971)
   Melanie.Proctor@usdoj.gov
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
6     Telephone: (415) 436-6730
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8
                         UNITED STATES DISTRICT COURT
9
                        NORTHERN DISTRICT OF CALIFORNIA
10
                               SAN JOSE DIVISION
11
   MASOUMEH VAKILZADEH,              )    No. C 07-5601 PVT
12                                   )
                    Plaintiff,       )
13                                   )
        v.                           )
14                                   )
   ROSEMARY MELVILLE, et al.,        )    EX PARTE MOTION TO EXTEND TIME
15                                   )    TO ANSWER; ~~PROPOSED~~ ORDER
                    Defendants.      )
16 ─────────────────────────────────)

17      It appears that this case may be resolved administratively within the next thirty days. Thus,

18 in order to allow sufficient time for Defendants to consider an alternative resolution to this case

19 and/or Answer, the Defendants hereby respectfully ask this Court to extend the dates in the Court's

20 scheduling order as follows:

21   Last day to file Defendants' Answer:                    February 5, 2008

22   Last day to file Joint ADR Certification:               March 5, 2008

23   Last day to file/serve Joint Case Management Statement: March 18, 2008

24   Case Management Conference:                    March 25, 2008, at ~~10:30 a.m.~~
                                                                        2pm  PVT
25 ///

26 ///

27 ///

28 ///

EX PARTE MOTION
No. C 07-5601 PVT                    1

1  Due to the unavailability of Plaintiff's counsel, whose office is closed between December 21, 2007 and January 11, 2008, Defendant has been unable to learn Plaintiff's position on this motion.

Dated: January 8, 2007

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

_____/S/_____
MELANIE L. PROCTOR
Assistant United States Attorney
Attorneys for Defendants

**PROPOSED ORDER**

Defendants' Motion to Extend the dates in the scheduling order is hereby GRANTED. IT IS SO ORDERED.

Date: 1/10/08

*Patricia V. Trumbull*
PATRICIA V. TRUMBULL
United States Magistrate Judge

EX PARTE MOTION
No. C 07-5601 PVT                      2