UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MASOUMEH VAKILZADEH,<br><br>        Plaintiff,<br><br>  v.<br><br>ROSEMARY MELVILLE, et al.,<br><br>        Defendants. | Case No.: C 07-5601 PVT<br><br>**ORDER SETTING DEADLINE FOR PARTIES TO FILE EITHER A "CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE," OR ELSE A "DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT"** |

On January 23, 2008, Defendants filed a jointly signed stipulation to dismiss. Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1), the parties can stipulate to a dismissal without a court order. However, the parties' stipulation included language rendering the dismissal "subject to approval of the Court," and included a proposed order.[1] This case has been assigned to a Magistrate Judge. Before the court takes any action on the stipulation to dismiss, the court must determine whether or not all of the parties who have appeared consent to Magistrate Judge jurisdiction, or whether any of the parties request reassignment to a District Judge. Therefore,

---

[1] The Court is uncertain as to why the parties' seek an order when Federal Rules of Civil Procedure, Rule 41(a)(1) permits the parties to stipulate to dismissal without a court order. If the above referenced language and court order was intended to vest the Court with jurisdiction to enforce settlement, the language in the proposed order is insufficient. *See Kokkonen v. Guardian Life Inc. Co. of America*, 511 U.S. 375, 381-82 (1994).

1     IT IS HEREBY ORDERED that no later than February 11, 2008, each party who has not
2 already done so shall file either a "Consent to Proceed Before a United States Magistrate Judge," or
3 else a "Declination to Proceed Before a United States Magistrate Judge and Request for
4 Reassignment." Both forms are available from the clerk of the court, or from the Forms (Civil)
5 section of the court's website at www.cand.uscourts.gov.
6 Dated: *1/29/08*

                                        *[signature]*
                                        PATRICIA V. TRUMBULL
                                        United States Magistrate Judge