```
 1  JOSEPH P. RUSSONIELLO (CSBN 44332)
    United States Attorney
 2  JOANN M. SWANSON (CSBN 88143)
    Chief, Civil Division
 3  MELANIE L. PROCTR (CSBN 228971)
    Melanie.Proctor@usdoj.gov
 4  Assistant United States Attorney

 5     450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
 6     Telephone: (415) 436-6730
       FAX: (415) 436-7169
 7
    Attorneys for Defendants
 8
                          UNITED STATES DISTRICT COURT
 9
                        NORTHERN DISTRICT OF CALIFORNIA
10
                                SAN JOSE DIVISION
11
    MASOUMEH VAKILZADEH,            )    No. C 07-5601 PVT
12                                  )
                      Plaintiff,    )
13                                  )
            v.                      )
14                                  )
    ROSEMARY MELVILLE, et al.,      )    STIPULATION TO DISMISS; PROPOSED
15                                  )    ORDER
                      Defendants.   )
16  _____)
```

17      Plaintiff, by and through her attorney of record, and Defendants, by and through their

18 attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-

19 entitled action without prejudice in light of the fact that the United States Citizenship and

20 Immigration Services is now prepared to adjudicate Plaintiff's application for naturalization and

21 agrees to do so within 30 days of the dismissal of this action.

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

STIPULATED DISMISSAL
No. C 07-5601 PVT                    1

1  Each of the parties shall bear their own costs and fees.

2  Dated: January 23, 2008                    Respectfully submitted,

3                                              JOSEPH P. RUSSONIELLO
                                               United States Attorney
4

5                                                     /s/
                                               MELANIE L. PROCTOR[1]
6                                              Assistant United States Attorney
                                               Attorneys for Respondents
7

8
   Dated: January 23, 2008                            /s/
9                                              KALPANA V. PEDDIBHOTLA
                                               Attorney for Petitioner
10

11                              **ORDER**

12    Pursuant to stipulation, IT IS SO ORDERED.

13
   Date:  9/29/08
14                                             PATRICIA V. TRUMBULL
                                               United States Magistrate Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

STIPULATED DISMISSAL
No. C 07-5601 PVT                         2